UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH DARBY | CIVIL ACTION |
| VERSUS | NO: 09-2764 |
| CHARLES L. NORFLEET, ET AL. | SECTION: R |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations, hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that plaintiff's motion for costs is DENIED.

New Orleans, Louisiana, this  16th  day of March, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE